# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDERSON L. JOHNSON,<br><br>                    Petitioner,<br>    vs.<br>FRANK CHAVEZ, Warden,<br><br>                    Respondent. | Case No. 13cv2109 DMS (NLS)<br><br>**ORDER DISMISSING PETITION** |

Petitioner Henderson L. Johnson, a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus under 28 U.S.C. Section 2254.  He challenges on due process grounds a citation with a Rules Violation Report for possession of a mobile phone charger while incarcerated.  The petition was referred to United States Magistrate Judge Nita L. Stormes for a report and recommendation pursuant to 28 U.S.C. Section 636(b)(1)(B) and Civil Local Rule 72.1(d).

Respondent filed a motion to dismiss the petition for failure to allege a cognizable claim under 28 U.S.C. Section 2254.  Petitioner did not oppose the motion.  On January 6, 2014, the Magistrate Judge issued a Report and Recommendation recommending to dismiss the Petition.  Petitioner has not filed objections.

A district judge "may accept, reject, or modify the recommended disposition" on a dispositive matter prepared by a magistrate judge proceeding without the consent of the parties for all purposes. Fed. R. Civ. P. 72(b); *see* 28 U.S.C. § 636(b)(1).  "The court shall make a *de novo* determination of those portions of  the [report and recommendation] to which objection is made."  28 U.S.C. § 636(b)(1). When no objections are filed, the *de novo* review is waived.  Section 636(b)(1) does not

require review by the district court under a lesser standard. *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985). The "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made, but not otherwise*." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *see Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1225-26 & n.5 (D. Ariz. 2003) (applying *Reyna-Tapia* to habeas review).

In the absence of objections, the court adopts the Report and Recommendation. The petition is dismissed for the reasons stated in the Report and Recommendation. For the same reasons, certificate of appealability is also denied.

**IT IS SO ORDERED.**

DATED: February 24, 2014

HON. DANA M. SABRAW
United States District Judge